EXHIBIT 1

Neal A. Potischman (SBN 254862)
Samantha H. Knox (SBN 254427)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
neal.potischman@davispolk.com
samantha.knox@davispolk.com

Joel M. Cohen
Gina Caruso
*(pro hac vice applications pending)*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
joel.cohen@davispolk.com
gina.caruso@davispolk.com

*Attorneys for Defendant Intellicorp Records, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE ROE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTELLICORP RECORDS, INC., an Ohio corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: CV 12-2567 NC<br><br>**DECLARATION OF TODD CARPENTER IN SUPPORT OF DEFENDANT INTELLICORP RECORDS, INC.'S MOTION TO TRANSFER ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO PURSUANT TO 28 U.S.C. § 1404** |

EXHIBIT 1

I, Todd Carpenter, hereby declare as follows:

1. I am President of Intellicorp Records, Inc. ("Intellicorp").

2. I make this declaration pursuant to Civil Local Rule 7-5 in support of Defendant Intellicorp's Motion to Transfer Action to the United States District Court for the Northern District of Ohio Pursuant to 28 U.S.C. § 1404.

3. I have personal knowledge of the facts contained in this declaration and, if called and sworn as a witness, I could and would testify competently thereto.

4. I have been employed by Intellicorp for five years. I have held my current position since October 7, 2011. Through my employment, I am familiar with Intellicorp's processes, policies, clients, and personnel.

5. Intellicorp is a Delaware corporation.

6. Intellicorp is headquartered in Beachwood, Ohio.

7. Intellicorp has no offices outside of Beachwood, Ohio.

8. All but two of Intellicorp's employees reside and work in Ohio. The two Intellicorp employees who are not located in Ohio are sales staff who work out of their home offices in Georgia and Florida, respectively.

9. To my knowledge, all of Intellicorp's business documents, including its corporate policies and procedures, are located at Intellicorp's headquarters in Beachwood, Ohio. This includes Intellicorp's primary data center, which houses Intellicorp's computer servers.

10. During the five years preceding the filing of the above-captioned action, Intellicorp generated approximately 7.3 million consumer reports. Approximately 97 percent of the subjects of these reports resided outside of California on the date on which their reports were generated.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on June 28, 2012 at Beachwood, Ohio.

Todd Carpenter